JUDGE HAVE PROVIDED THE MEMBERS WITH AN EXPLANA-
TION OF THE TERM "INCAPABLE"?

Briefs will be filed under Rule 25 on Issues I and II only.·

Tuesday, May 2, 2017

No. 16–0658/AR.   U.S. v. Tyler F. Ho.   CCA 20140068.   On consideration of
Appellant's motion to file out of time and motion to file supplemental matters
pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that
said motions are hereby denied.

No. 17–0381/AF.   U.S. v. Corey J. Campbell.   CCA 38875.   Appellant's motion to
extend time to file the supplement to the petition for grant of review granted to May
18, 2017.

No. 17–0382/AF.   U.S. v. Sean M. Oliver.   CCA 38858.   Appellant's motion to
extend time to file the supplement to the petition for grant of review granted to May
18, 2017.

Wednesday, May 3, 2017

No. 17–0109/AR.   U.S. v. Charles Bonilla.   CCA 20131084.   On consideration of the
petition for grant of review of the decision of the United States Army Court of
Criminal Appeals, it is ordered that said petition is hereby granted on Issues III,
IV, and V, and the decision of the United States Army Court of Criminal Appeals is
affirmed.

No. 17–0132/AR.   U.S. v. Scott E. Kissell.   CCA 20160014.   On consideration of the
petition for grant of review of the decision of the United States Army Court of
Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II,